(Post. 01/18/2017)

# United States District Court
*Eastern District of Arkansas*

United Staets of America

**NOTICE**

V.

Morgan Stephen Poole

CASE NUMBER:   4:17-CR-319-1 JM

TYPE OF CASE:   ☐ **CIVIL**   ☒ **CRIMINAL**

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | Courtroom 1C |
| | DATE AND TIME |
| | 4/18/18 at 10:00 a.m. |

TYPE OF PROCEEDING

A detention hearing will be held before Judge J. Thomas Ray.

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | ROOM NO. | CONTINUED TO, DATE AND TIME |
|---|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | | |

James W. McCormack, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

4/16/18

DATE

/s/ Tenesha Brown

(BY) DEPUTY CLERK

To: