**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                               **PLAINTIFF**

**v.**                                      **No. 4:17cr00319 JM**

**MORGAN STEPHEN POOLE (1)**                               **DEFENDANTS**
**NATHANIEL BURROUGHS (2)**

**GENERAL CRIMINAL SCHEDULING ORDER**

The Court orders the following schedule to move this case forward fairly and efficiently to a prompt resolution.

- **Thirty Days Before Trial Date** - File a Joint Report answering these questions:

  1. Is this case ready for trial or a plea?

  2. If trial-ready, how many six-hour days are needed?

  3. If a party intends to seek a continuance, how long a delay will be requested and why?

- **Twenty-One Days Before Trial Date** - In trial-ready cases, file any pre-trial motions **and** file notice of submitting proposed jury instructions to chambers. Focus on and submit only elements instructions, citing models and authority; the Court will use standard introductory and closing instructions. A response to any motion is due seven calendar days after the motion is filed.

- **Fifteen Days Before Trial Date** - In cases that are not trial-ready or where a guilty plea will be offered, do one of two things:

  1. Get a plea date set with chambers and submit the proposed plea agreement to chambers; or

  2. File a motion for continuance.

IT IS SO ORDERED this 21st day of September, 2018.

_____
James M. Moody Jr.
United States District Judge