IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

VS.                          CASE NO.  4:17CR00319 JM

MORGAN STEPHEN POOLE                                                                      DEFENDANT

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

Comes now the Defendant, Morgan Stephen Poole, by and through his attorney, R. Brannon Sloan, Jr., and for his Unopposed Motion for Continuance states:

1. This case is set for trial on December 10, 2018 at 9:15 a.m.;

2. Discovery is still on-going and Defendant's counsel will need additional time to prepare for trial;

3. Accordingly, defense counsel respectfully requests that the Court grant a continuance in this case, and hereby certifies that this Motion is brought in good faith, and not for the purpose of delay or any other improper purpose;

4. That Assistant United States Attorney, Michael Gordon, has indicated he has no objection to the continuance;

5. Defendant waives his right to a speedy trial regarding this time period.

WHEREFORE, the Defendant, Morgan Stephen Poole, prays that this Court grant his Unopposed Motion for Continuance and for all other just and appropriate relief to which he may be entitled.

Respectfully submitted,

/s/ R. Brannon Sloan, Jr.
R. Brannon Sloan, Jr. (91203)

                                          Attorney for Defendant
                                          217 West Second Street, Ste 115
                                          Little Rock, AR 72201
                                          Telephone: (501) 244-0852
                                          Facsimile: (501) 296-9823
                                          Email: brannon@brannonsloanlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 6, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send email notification of such filing to:

Michael Gordon
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72201

                                          /s/ R. Brannon Sloan, Jr.
                                          R. Brannon Sloan, Jr. (91203)