IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA        )
                                )
v.                              )        No.  4:17-CR-319-JM-01
                                )
MORGAN STEPHEN POOLE            )

**<u>MOTION TO DISMISS INDICTMENT AGAINST MORGAN STEPHEN POOLE</u>**

Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the United States of America, through Cody Hiland, United States Attorney for the Eastern District of Arkansas, and Michael Gordon, Assistant U.S. Attorney for said district, hereby moves for leave of Court to dismiss the Indictment against MORGAN STEPHEN POOLE in this case for the following reasons:

1. On March 20 2019, pursuant to a plea agreement, the defendant, MORGAN STEPHEN POOLE, pled guilty in Case Number 4:17-CR-313-JLH-12 to a Superseding Information charging him with Conspiracy to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine (50 Grams or More), in violation of Title 21, United States Code, Section 846.

2. The plea agreement in Case Number 4:17-CR-313-JLH-12 called for the United States to dismiss the indictment against the defendant, MORGAN STEPHEN POOLE, in this case.

WHEREFORE, for the above reasons, the United States respectfully requests leave of Court to dismiss the Indictment against MORGAN STEPHEN POOLE in this case.

Respectfully submitted,

CODY HILAND
United States Attorney

MICHAEL GORDON
TX Bar Number 00795383
Assistant U. S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone:  (501) 340-2600
E-mail: michael.gordon@usdoj.gov