# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                      No. 4:17-cr-00319-JM-1

MORGAN STEPHEN POOLE                                    DEFENDANT

## **ORDER**

The motion filed by the United States to dismiss the indictment against Defendant Morgan Stephen Poole in this matter is GRANTED. Document #47. The indictment in the above referenced case is hereby dismissed against Defendant Poole.

IT IS SO ORDERED this 22nd day of March, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE